STATE v. THOMPSON

No. 162 PC.

Case below: 40 N.C. App. 281.

Application by defendant for further review denied 12 July 1979.

STATE v. TYNDALL

No. 208 PC.

Case below: 41 N.C. App. 406.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 July 1979.

STATE v. WOODALL

No. 182 PC.

Case below: 41 N.C. App. 192.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 July 1979.